NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARTHUR A. GENOVESE, III,  )
DOC #Y09175,              )
                         )
        Appellant,        )
                         )
v.                        )        Case No. 2D18-3047
                         )
STATE OF FLORIDA,         )
                         )
        Appellee.         )
_____ )

Opinion filed April 5, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Arthur A. Genovese, III, pro se.

PER CURIAM.

                 Affirmed.

KHOUZAM, BLACK, and LUCAS, JJ., Concur.